ÆTNA LIFE INSURANCE COMPANY v. SELLERS ET AL.

[No. 19,179.    Filed March 27, 1900.]

APPEAL AND ERROR.—*Correction of Record.*—An appeal from a proceeding to correct the record of a case pending on appeal will not be considered unless the transcript of such proceeding is filed as a part of the original appeal.

From the Wells Circuit Court.    *Appeal dismissed.*

*H. C. Pettit, F. C. Dailey, A. Simmons* and *J. S. Dailey*, for appellant.

*Mock & Sons, G. T. Williamson, A. N. Martin* and *W. H. Eichhorn*, for appellees.

BAKER, J.—While the appeal of *Aetna Life Ins. Co.* v. *Sellers, ante,* 370, decided at this term, was pending, the appellee began proceedings in the trial court to correct the record of the original case by supplying an exhibit to his cross-complaint and by correcting the bill of exceptions containing the evidence.    The trial court corrected the record, and the corrections were brought to this court on appellee's application by *certiorari*, as a part of the pending appeal. In this appeal, the transcript contains the proceedings had on appellee's application to the trial court to correct its record.    As those proceedings were auxiliary to the original cause, this transcript should have been filed as a part of the original appeal, if appellant desired to question the trial court's rulings in making the corrections. *Hamilton* v. *Burch*, 28 Ind. 233; *Seig* v. *Long*, 72 Ind. 18; *Hannah* v. *Dorrell*, 73 Ind. 465; *Tomlinson* v. *Harris*, 130 Ind. 339; *Driver* v. *Driver*, 153 Ind. 88; Ewbank's Manual, §214.

Appeal dismissed.